**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **STANTON HAGER,** <br><br> Defendant. | **MBD NO. 13-91159** |

**JOINT MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME FOR FILING AN INDICTMENT OR INFORMATION, AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through Assistant United States Attorney David G. Tobin, and defendant Stanton Hager, through undersigned counsel, respectfully move this Court to grant a continuance of the time within which an indictment or information must be filed as to said defendants, and exclude the time period from June 25, 2013, through and including July 31, 2013, from the speedy trial clock, pursuant to the Speedy Trial Act ("STA"), 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding this period outweigh the best interests of the public and the defendant in a speedy trial. Said parties further ask this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. In support of this request, the parties state as follows:

1. Defendant Stanton Hager ("Defendant") was arrested on May 16, 2013, after child pornography was seized during a search of his residence done pursuant to a warrant issued by this

court. Defendant made his initial appearance before the court on the same day, at which the United States moved for detention. A preliminary and detention hearing was scheduled for May 21, 2013. Upon Defendant's motion, the court rescheduled the hearing for May 28, 2013. At the may 28, hearing, the parties asked for a continuance and the court rescheduled the hearing for June 6, 2013. On June 5, 2013, the defense filed a motion to continue the hearing until June 14, 2013. The court allowed the motion. On June 12, 2013, the defense filed a motion to continue the hearing until June 25, 2013. The court allowed the motion. At the June 25, 2013 hearing, Defendant waived the preliminary hearing and agreed to voluntary detention without prejudice.

    2. The government and Defendant have had preliminary discussions, and intend to engage in further discussions, regarding the possible resolution of this matter that might obviate the need for an indictment. The requested exclusion of time will afford the parties time to confer adequately, and will enable the parties to address the matter fully, before the government is required to seek an indictment or information. No previous extensions have been requested.

    3.    A proposed order is attached.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:    /s/ David G. Tobin
    DAVID G. TOBIN
    Assistant U.S. Attorney

    STANTON HAGER

By:    /s/Christopher S. Skinner
    CHRISTOPHER S. SKINNER

Dated: July 17, 2013

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

          By: /s/ David G. Tobin
             DAVID G. TOBIN
             Assistant U.S. Attorney

Dated: July 17, 2013

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**STANTON HAGER,**<br><br>　　　　**Defendant.** | **MBD NO. 13-91159** |

## [PROPOSED] ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the joint motion of the government and defendant Stanton Hager seeking an order of continuance and excludable delay, the Court finds as follows:

1.　　Said parties have been engaged in preliminary discussions, and intend to engage in further discussions, regarding the possible resolution of this matter (which was initiated by a criminal complaint in *United States v. Stanton Hager,* 13-mj-01127-RBC), which might obviate the need for an indictment. The requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant, and allow the parties to address the matter fully, before the government is required to seek an indictment or information. Such a resolution would help to conserve the scarce resources of the Court and the parties and provide the parties and the public with certainty as to the outcome of the proceeding.

2.　　Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from June 25, 2013, through and including July 31, 2013, from the

speedy trial clock, outweigh the best interests of the public and Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, the period from June 25, 2013, through and including July 31, 2013, is excluded from the speedy trial clock and from the time within which an indictment or information as to Defendant must be filed.

_____
UNITED STATES DISTRICT JUDGE

Date: